■ In the Matter of GAREEN SHAY, Respondent, v. EDWARD SINDIN, Appellant.— Motion by appellant for a stay, pending appeal, granted on the following conditions: (1) that, within 10 days after entry of the order hereon, appellant shall file an undertaking for $1,000, with corporate surety, approved by a Judge of the Family Court, to pay the amounts directed to be paid by the order appealed from in the event that the order be affirmed in whole or in part or in the event that the appeal be dismissed; and (2) that appellant shall perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The appeal will be heard on the original papers, including a typed transcript of the trial minutes, and on the typed briefs of all parties. Appellant's brief shall contain a copy of the opinion, if any, rendered by the Family Court. The parties are directed to file six copies of their respective typed briefs and to serve one copy on each other. The record must be filed and appellant's brief must be served and filed, on or before January 11, 1963. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of HARVEY BURSTEIN.— Application by an attorney from the State of Massachusetts for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of CHARLES MAYNARD GREENE.— Application by an attorney from the State of Ohio for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of GORDON BRUCE MALLUM.— Application by an attorney from the State of Texas for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of JULIUS TOPOL.— Application by an attorney from the State of Massachusetts for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HARRY LUDWIG, Defendant.— Motion by defendant to vacate order dated September 13, 1954, dismissing his appeal from a judgment of conviction; and for other relief. Motion denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ MILDRED KAPLAN, Respondent-Appellant, v. MORRIS KAPLAN, Appellant-Respondent.— Motion by the plaintiff wife for reargument and for other relief, denied. Motion by the plaintiff wife for leave to appeal to the Court of Appeals granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. The following question is certified: Was the order of this court, dated December 3, 1962, properly made? We further certify that such order was made on the law and not in the exercise of discretion. Pending determination of the appeal by the Court of Appeals, the trial of the action is stayed. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.